David C. Johnston (SBN 71367)
Attorney at Law
1600 G Street, Suite 102
Modesto, California 95354
Telephone: (209) 579-1150
FAX: (209) 900-9199

Attorney for Debtor
Jennifer Ann Wheeler

# UNITED STATES BANKRUPTCY COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| In re | Case No. 23-90374 |
| Jennifer Ann Wheeler,<br>fka Jennifer Ann Lugo,<br>fka Jennifer Ann Betencourt, | Chapter 13 Case<br>D.C. No. DCJ-1 |
| Debtor.<br>_____/ | Hearing: September 12, 2023<br>Time: 1:00 p.m.<br>Place: 1200 I Street, Suite 200<br>Modesto, California |

**NOTICE OF HEARING ON DEBTOR'S
MOTION TO EXTEND AUTOMATIC STAY**

To: The Chapter 13 Trustee, the United States Trustee, all creditors, and other parties in interest:

PLEASE TAKE NOTICE THAT:

1. On August 28, 2023, Jennifer Ann Wheeler (the "Debtor") filed Debtor's Motion to Extend Automatic Stay (the "Motion") and declaration supporting the Motion. Copies of all documents are served with this notice.

2. The Motion asks the Court to extend the automatic stay as to all creditors beyond 30 days from the petition date (August 14, 2023).

3. A hearing will be held on September 12, 2023, at 1:00 p.m. before Hon.

1    Christopher D. Jaime, United States Bankruptcy Judge, in the Courtroom at 1200 I
2    Street, Suite 200, Modesto, California to consider the Motion.
3         4. Pursuant to Local Bankruptcy Rule 9014-1(f)(2), no written opposition to
4    the Motion is required. "Opposition, if any, shall be presented at the hearing on the
5    motion. If opposition is presented, or if there is other good cause, the Court may
6    continue the hearing to permit the filing of evidence and briefs."
7         5. Parties should consult the Court's website at www.caeb.uscourts.gov to
8    determine procedures for telephonic appearances, which are arranged through a
9    service called CourtCall, an independent business. The contact information for
10    CourtCall is (866) 582-6878 and its website is www.courtcall.com.
11        6. Respondents can determine whether the matter has been resolved without
12    oral argument or whether the court has issued a tentative ruling, and can view [any]
13    pre-hearing dispositions by checking the Court's website at www.caeb.uscourts.gov
14    after 4:00 p.m. the day before the hearing. Parties appearing telephonically must
15    view the pre-hearing disposition prior to the hearing.
16        Dated: August 28, 2023.

                                 /s/ David C. Johnston

                                 _____
                                 David C. Johnston
                                 Attorney for Debtor
                                 Jennifer Ann Wheeler